UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| REYNALDO GARCIA GARCIA,<br><br>            Plaintiff,<br><br>    v.<br><br>INDYMAC BANK, F.S.B.; et al.,<br><br>            Defendants. | 3:11-cv-0629-LRH-WGC<br><br>ORDER |

Before the court is defendant LSI Title Agency, Inc.'s ("LSI") motion for reconsideration. Doc. #41.[1]

On January 4, 2011, the court granted defendants NDEX West, LLC ("NDEX"); Onewest Bank, FSB ("Onewest"); and Deutsche Bank National Trust Company's ("Deutsche") motion to dismiss (Doc. #16). Doc. #39. Defendant LSI joined the motion to dismiss (Doc. #17), but was not included in the court's order. Accordingly, the court shall grant LSI's motion for reconsideration and dismiss LSI as a defendant in this action.

///

///

///

---

[1] Refers to the court's docket entry number.

1   IT IS THEREFORE ORDERED that defendant's motion for reconsideration (Doc. #41) is
2   GRANTED. Defendant LSI Title Agency, Inc. is DISMISSED as a defendant in this action.
3   IT IS SO ORDERED.
4   DATED this 4th day of May, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2