1

2

3

4

5

6                        UNITED STATES DISTRICT COURT

7                             DISTRICT OF NEVADA

8                                    * * *
                                       )
9    REYNALDO GARCIA GARCIA,            )
                                       )
10           Plaintiff,                 )          3:11-cv-0629-LRH-WGC
                                       )
11   v.                                 )
                                       )          ORDER
12   INDYMAC BANK, F.S.B.; et al.,      )
                                       )
13           Defendants.                )
                                       )

14

15          Before the court is defendant LSI Title Agency, Inc.'s ("LSI") motion for reconsideration.

16   Doc. #41.[1]

17          On January 4, 2011, the court granted defendants NDEX West, LLC ("NDEX"); Onewest

18   Bank, FSB ("Onewest"); and Deutsche Bank National Trust Company's ("Deutsche") motion to

19   dismiss (Doc. #16). Doc. #39. Defendant LSI joined the motion to dismiss (Doc. #17), but was not

20   included in the court's order. Accordingly, the court shall grant LSI's motion for reconsideration

21   and dismiss LSI as a defendant in this action.

22   ///

23   ///

24   ///

25

26
     _____
          [1] Refers to the court's docket entry number.

1        IT IS THEREFORE ORDERED that defendant's motion for reconsideration (Doc. #41) is

2   GRANTED. Defendant LSI Title Agency, Inc. is DISMISSED as a defendant in this action.

3        IT IS SO ORDERED.

4        DATED this 4th day of May, 2012.

5

6                                              _____

7                                              LARRY R. HICKS
                                               UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2